| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DRAKE, JR., WALTER H. | 2. Court or Organization<br><br>U. S. BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>12/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>POST OFFICE BOX 1408<br>NEWNAN, GEORGIA 30264-1408 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisor | Southeastern Bankruptcy Law Institute, Atlanta, Georgia |
| 2. Member, Board of Trustees | Mercer University, Macon, Georgia |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 12/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 12/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Synovus Bank | B | Interest | O | T | | | | | |
| 2. Exxon Mobil Corp. COM | D | Dividend | N | T | | | | | |
| 3. Bristol Myers Squibb Co. | C | Dividend | M | T | | | | | |
| 4. Altria Group, Inc. | D | Dividend | L | T | | | | | |
| 5. Coca Cola COM | E | Dividend | O | T | | | | | |
| 6. BB&T Corporation | D | Dividend | M | T | Merged (with line 29) | 12/06/19 | M | | See Part VIII |
| 7. Home Depot, Inc. | E | Dividend | P1 | T | | | | | |
| 8. Duke Energy Corp NEW | C | Dividend | L | T | | | | | |
| 9. AT&T, Inc. | F | Dividend | O | T | | | | | |
| 10. Kraft (THE) Heinz Co. SHS | C | Dividend | L | T | | | | | |
| 11. Philip Morris Intl Inc. | D | Dividend | M | T | | | | | |
| 12. Charitable Remainder Unitrust #1 | A | Int./Div. | L | T | | | | | See Part VIII |
| 13. IRA #1 (H) | | | | | | | | | |
| 14. -Blackrock Global Allocation FD INC A | B | Int./Div. | M | T | Donated (part) | 03/07/19 | L | | |
| 15. | | | | | Donated (part) | 11/18/19 | K | | |
| 16. -Bank of America, NA RASP | A | Int./Div. | J | T | | | | | |
| 17. Series I U.S. Savings Bonds | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 12/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charitable Remainder Annuity Trust #1 | | None | J | T | | | | | See Part VIII |
| 19. Charitable Remainder Annuity Trust #2 | | None | J | T | | | | | See Part VIII |
| 20. Charitable Remainder Unitrust #2 | | None | K | T | | | | | See Part VIII |
| 21. Qualified Charitable Gift Annuity No. 1 | B | Int./Div. | L | T | | | | | |
| 22. Johnson and Johnson COM | D | Dividend | M | T | | | | | |
| 23. Procter & Gamble Co. | D | Dividend | N | T | | | | | |
| 24. Verizon Communications COM | D | Dividend | M | T | | | | | |
| 25. Vodafone Group PLC SHS ADR | A | Dividend | J | T | | | | | |
| 26. McDonald's COM | C | Dividend | M | T | | | | | |
| 27. Walmart Stores, Inc. | B | Dividend | M | T | | | | | |
| 28. Enbridge, Inc. COM | C | Dividend | L | T | | | | | |
| 29. Truist Finl Corp | D | Dividend | M | T | Open | 12/06/19 | M | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **DRAKE, JR., WALTER H.** | 12/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.  INVESTMENTS AND TRUSTS -

Lines 6 and 29 - Merged BB&T and Suntrust to create Truist

Line 12 - Charitable Remainder Unitrust Agreement between Walter Homer Drake and Ruth Bridges Drake, as Grantors, and The Corporation of Mercer University, as Trustee, made August 13, 1999..

Line 18 - Charitable Remainder Annuity Trust Agreement between Walter Homer Drake and Ruth Bridges Drake, as Grantors, and The Corporation of Mercer University, as Trustee, made November 8, 2006.

Lines 18-20 - No dividends received for the entire year.

Line 19 - Charitable Remainder Annuity Trust Agreement between Walter Homer Drake and Ruth Bridges Drake, as Grantors, and The Corporation of Mercer University, as Trustee, made January 23, 2007.

Line 20 - Charitable Remainder Unitrust Agreement between Walter Homer Drake and Ruth Bridges Drake, as Grantors, and The Corporation of Mercer University, as Trustee, made February 1, 2008.

In response to your letter dated December 7, 2020, I have tried to provide information you request to the best of my ability and I trust that these responses are proper answers to your inquiry.
 If you need further clarification or information, please let me know.

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 12/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WALTER H. DRAKE, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544